Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Wainsworth M. Hall seeks to appeal the district court's order construing his motion as a motion challenging his sentence pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001), and dismissing it as a second or successive motion lacking authorization from this court, as required by § 2255. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hall,* No. CR–93–162 (E.D. Va. filed June 29, 2001 & entered June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Michael Crowder, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael Crowder seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Crowder,* Nos. CR–96–4–V; CA–01–361–3–V (W.D.N.C. July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael CROWDER, Defendant–Appellant.**

No. 01–7494.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

**John Addison RIDDICK, Plaintiff–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS; Ronald J. Angelone, Director, Respondents, et al., Defendants–Appellees.**

No. 01–7509.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.